Lee JOHNSON, Petitioner

v.

DEPARTMENT OF THE
NAVY, Respondent.

No. 2015–3174.

United States Court of Appeals,
Federal Circuit.

March 17, 2016.

Peter Broida, Arlington, VA, argued for petitioner.

Sonia Marie Orfield, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by Benjamin C. Mizer, Robert E. Kirschman, Jr., Elizabeth M. Hosford; Tracey R. Rockenbach, Office of the General Counsel, United States Department of the Navy, Washington, DC.

PROST, Chief Judge, LOURIE and WALLACH, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.